HELEN CULVER *v.* WEST CHICAGO PARK COMMISSIONERS,

and

E. LUTHER HAMILTON *v.* SAME,

and

JOSEPH KOSTNER *v.* SAME.

*Opinion filed October 13, 1899.*

These cases are controlled by the decision in *Cummings* v. *West Chicago Park Comrs.* 181 Ill. 136.

APPEAL from the County Court of Cook county; the Hon. W. T. HODSON, Judge, presiding.

WILLIAM W. GRINSTEAD, for appellant Culver; J. J. PARKER, for appellant Hamilton; and FANNING & HERDLICKA, for appellant Kostner.

FRANCIS A. RIDDLE, and H. S. MECARTNEY, for appellees.

Per CURIAM: The decision in the case of *Cummings* v. *West Chicago Park Comrs.* 181 Ill. 136, disposes of the questions presented by the records in these cases, and the judgments here must follow the judgment there.

For the reasons given in the opinion in the *Cummings case*, the judgments entered in these cases by the county court of Cook county are affirmed.

*Judgment affirmed.*